UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
July 13, 2026

YENISLEIDYS ALFONSO RUIZ,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Cause No. 4:26-cv-00151-TWP-KMB
                                   )
TAMMY MARICH, *et al*.,            )
                                   )
          Defendants.              )

## NOTICE

In response to the Court's Order dated June 30, 2026 (Dkt. 10.), the Federal Defendants respectfully notify the Court that on July 9, 2026, the Petitioner received an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and her request for a change in custody status was denied.

THOMAS E. WHEELER II
United States Attorney


By:     */s/ Paul Umbaugh IV*
        Paul Umbaugh IV
        Special Assistant United States Attorney
        Office of the United States Attorney
        Southern District of Indiana
        135 North Pennsylvania Street, Suite 2100
        Indianapolis, IN 46204-3048
        Paul.Umbaugh@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

<u>*/s/ Paul Umbaugh IV*</u>
Paul Umbaugh IV
Special Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
135 North Pennsylvania Street, Suite 2100
Indianapolis, IN 46204-3048